UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE McCORMICK, | : | |
| JESUS ESTRADA and | : | |
| JUSTICE KIMMONS, | : | |
| Individually and on Behalf of All | : | CASE NO. 3:15-cv-741 (VLB) |
| Others Similarly Situated, | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | April 27, 2017 |
| | : | |
| AMERICAN CRUISE LINES, INC. | : | |
| *Defendants*. | : | |

## ORDER OF FINAL APPROVAL

Upon consideration of the Motion for Final Approval of the settlement agreement and its supporting memorandum, exhibits, affidavits; and

It further appearing that the Notice of the Proposed Settlement and an opportunity to object was sent to all Class Members;

It is therefore on this 27th day of April 2017:

ORDERED that the parties' collective and class action settlement is approved as fair and reasonable;

ORDERED that the Notice of the class action settlement was adequate under Federal Rule 23(c)(2)(B);

and that the settlement of the class and collective action was fair, reasonable and adequate for the class of stewards and galley stewards of the Defendant American Cruise Lines, Inc. for the class period.

ORDERED that the Plan of Allocation is fair and supported by a rational basis as devised by experienced counsel. The plan provides that each claimant who

1

participates in the settlement fund will receive a pro-rated share based on the number of days worked for the defendant.

ORDERED that final class certification of the settlement class and final approval of the collective action satisfies, the requirements of Federal Rule of Civil Procedure 23(a) and (b)(3) and the FLSA;

ORDERED that Attorney's fees of the Plaintiffs' Class counsel of $280,000.00 and reimbursement of expenses of $3,579.07 are awarded.

The Clerk is directed to close the case.

IT IS SO ORDERED

_____
Hon. Vanessa L. Bryant
United States District Judge